Núm. 8602.—PUEBLO, apldo. *v.* RODRÍGUEZ, aplte.—▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬ Enero 29, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, el apelante en este caso fué acusado y convicto de un delito de falsa representación y condenado a la pena de un año de cárcel;

POR CUANTO, la única cuestión levantada por el apelante es la de que él no estuvo durante el juicio asistido de abogado; que la corte no le advirtió de su derecho constitucional a tenerlo; y que él no renunció inteligentemente dicho derecho;

POR CUANTO, el apelante no ha elevado ante esta corte la transcripción de la evidencia y del legajo de la sentencia ante nos no

aparece afirmativamente que el acusado no estuviese representado por abogado en el acto del juicio o que la corte dejase de advertirle en cuanto a su derecho;

POR CUANTO, el apelante no ha establecido hechos suficientes para controvertir la presunción de regularidad que lleva consigo toda sentencia de una corte de justicia. *Franzeen* v. *Johnston,* 111 F. (2d) 817.

POR LO TANTO, se desestima el recurso y se confirma la sentencia recurrida que dictó la Corte de Distrito de Bayamón el día 8 de abril de 1940.